**ROMANO STANCROFF PC**
Mark Romano, Esq. (SBN 244113)
Timothy Whelan, Esq. (SBN 255037)
Aliaksandra Valitskaya, Esq. (SBN 320680)
360 N. Pacific Coast Hwy., Suite 1010
El Segundo, CA   90245
Telephone: (310) 477-7990
Fax: (310) 477-7995
mark@thelemonlawattorneys.com

Attorneys for Plaintiffs,
NICOLE and BRANDON BEGLEY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NICOLE BEGLEY and BRANDON BEGLEY ,**<br><br>            Plaintiffs,<br><br>    vs.<br><br>**FCA US LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive,**<br><br>            Defendants. | Case No.: 1:20-cv-01410-NONE-SKO<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINE FOR FILING OF DISPOSITIONAL DOCUMENTS**<br><br>**(Doc. 8)** |

Pursuant to the parties' stipulation (Doc. 8) and good cause appearing therefore (*see* E.D. Cal. Local Rule 160(b)), the deadline for filing of dispositional documents is hereby **EXTENDED by 30 days to April 7, 2021.**

IT IS SO ORDERED.

Dated:   **March 8, 2021**                           /s/ *Sheila K. Oberto*
                                                UNITED STATES MAGISTRATE JUDGE